IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:19-mc-3876-ECM |
| ) | |
| LOUISIANA BISTREAUX, ) | |
| ) | |
| Garnishee ) | |
| ) | |
| DERRIS DEANTHONY BRADFORD, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Upon consideration of the motion to dismiss (doc. 5) filed on August 7, 2019, and for good cause, it is

ORDERED that the motion to dismiss (doc. 5) is GRANTED and the Writ of Garnishment is DISMISSED.

The Clerk of the Court is DIRECTED to close this matter.

DONE this 14th day of August, 2019.

                                           /s/ Emily C. Marks
                                       EMILY C. MARKS
                                       CHIEF UNITED STATES DISTRICT JUDGE